# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>EXTRA SPACE PROPERTIES SEVENTY FOUR, LLC, a Delaware Corporation; SALVADOR MALDONADO PENA; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-02206-MCE-KJN<br><br>**ORDER** |

Pursuant to Plaintiff's Notice of Dismissal (ECF No. 10), this action is DISMISSED with prejudice. The Clerk of the Court is directed to close this action.

Dated: February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT